220 So.2d 460

**Paul LaMARCA and Lawrence LaMarca**

**v.**

**Mr. and Mrs. Steve VALENTI.**

No. 49737.

April 3, 1969.

In re: Mr. and Mrs. Steve Valenti applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 217 So.2d 718.

Writ refused. We find no error of law in the Court of Appeal judgment.

220 So.2d 460

**Nellie Jo Price HICKMAN**

**v.**

**Vergil D. HICKMAN.**

No. 49738.

April 3, 1969.

In re: Vergil Dupre Hickman applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 218 So.2d 48.

The application is denied. The case having been remanded the judgment is not final.